```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 16872
   ROBERT RUSSELL
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7344

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 09/17/2007 and was not confirmed.

   The case was dismissed without confirmation 10/31/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------
SAXON MORTGAGE             NOTICE ONLY    NOT FILED            .00          .00
SAXON MORTGAGE             NOTICE ONLY    NOT FILED            .00          .00
SAXON MORTGAGE             CURRENT MORTG        .00            .00          .00
SAXON MORTGAGE             MORTGAGE ARRE   63500.00            .00          .00
WELLS FARGO HOME MORTGAG   CURRENT MORTG        .00            .00          .00
WELLS FARGO HOME MORTGAG   SECURED NOT I     162.68            .00          .00
SAXON MORTGAGE SERVICES    CURRENT MORTG        .00            .00          .00
SAXON MORTGAGE SERVICES    SECURED NOT I   14121.98            .00          .00
PRO SE DEBTOR              DEBTOR ATTY          .00                         .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00
                    --------------      --------------
TOTALS                   .00                    .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE